# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **MAGISTRATE JUDGE BROWN** |
| JONATHAN L. SUTTER | CRIMINAL COMPLAINT |

FILED
MAR - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER: **08 CR 203**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 14, 2008__ in __Kendall__ county, in the __Northern__ District of __Illinois__ defendant(s) did

take, by force and violence, and by intimidation, from the person and presence of another, approximately $5290 in United States Currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Citizens First National Bank branch located at 8225 Fox River Drive, in Millbrook, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

Official Title

Continued on the attached sheet and made a part hereof: _X_ Yes  ___ No

*Signature of Complainant*

Sworn to before me and subscribed in my presence,

__March 8, 2008__                    at  __Chicago, Illinois__
Date                                       City and State

__Geraldine Soat Brown, U.S. Magistrate Judge__          *Signature of Judicial Officer*
Name & Title of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

## AFFIDAVIT

I, R. Brian Wentz, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for over four years. I am assigned to the FBI Chicago Division Field Office, South Resident Agency, Violent Crimes and Major Offenses Unit, where my duties include the investigation of various violent crimes, including bank robberies.

2. This affidavit is in support of a complaint charging Jonathan L. Sutter ("SUTTER") with bank robbery in violation of Title 18 U.S.C. Section 2113(a). The information in this affidavit is based on my own investigation as well my conversations with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

### February 14, 2008 Robbery of the Citizens First National Bank

3. According to bank employees, at about 2:00 p.m. on February 14, 2008, a lone white male (later identified as JONATHAN L. SUTTER), who was approximately 5'8" tall and weighed approximately 120 pounds, entered the Citizens First National Bank at 8225 Fox River Drive, Millbrook, Illinois (the "Bank"). The employees described SUTTER as wearing a black knit skull hat, a hooded blue flannel plaid jacket, blue pajama-styled pants, and a dark-colored backpack. According to Employee A, SUTTER approached the teller counter and nervously searched through his pants pockets and then claimed that he forgot his check. During this time a sole customer was

1

standing at the teller counter next to SUTTER. SUTTER then exited the Bank, and, according to Employee B, SUTTER stayed within the Bank's vicinity. SUTTER returned to the Bank approximately one minute after the customer left, and approached the teller counter. This time he was dressed the same but had pulled a bandana over his face. According to Employee C, when she went to the teller counter to assist SUTTER, SUTTER pulled out a small silver handgun and held it on the counter so Employee C could see it. SUTTER then told Employee C, "Give me your money, all of it you fucking bitch!" Next, SUTTER removed his backpack and handed it to Employee C, who began to fill the backpack with money from her teller drawer. SUTTER then walked over to Employee A, who was sitting at a desk near the teller counter and said, "You set it off, didn't you?" SUTTER then walked behind Employee A's desk and looked underneath it. SUTTER then walked back to the teller counter and took the backpack from Employee C. SUTTER looked inside the backpack and said, "Give it all to me, you didn't give me enough." Employee C responded that she had given SUTTER all of her money. SUTTER fled the bank on foot, and the bank employees called the police. Based on a bank audit, SUTTER took approximately $5,290 in United States Currency from the Bank.

4.   This affiant's review of the Bank's video surveillance footage taken from February 14, 2008, at approximately 2:00p.m. showed a white male enter the Bank wearing a black knit skull hat, a blue hooded flannel plaid jacket, blue pajama-styled pants, and a dark colored backpack. The white male approached the counter next to a customer, searched all his pants' pockets, and then left the Bank. As the male left the Bank, the surveillance footage shows him looking back at what appears to be the location of each person inside the Bank. At approximately 2:02 p.m., the same white male returned to the Bank. He approached the teller counter, pulled a bandana over his face,

took out a small silver handgun, and handed his backpack to Employee C. The footage also shows the male approach Employee A, wave the gun in her direction, and look under her desk, before retrieving his backpack from Employee C and leaving the bank.

5.     According the Bank's Federal Deposit Insurance Corporation ("FDIC") certificate, on February 14, 2008, the Bank was federally insured by the FDIC.

### Identification of Jonathan L. Sutter as the Bank Robber

6.     On February 15, 2008, a composite sketch based on the bank employees' description of the individual responsible for the bank robbery was published by the local media, and fliers showing the sketch were posted throughout the Millbrook area.

7.     On or about March 6, 2008, the Kendall County Sheriff's Office received a tip from an individual who pointed to JONATHAN L. SUTTER as the person he/she believed to be responsible for the February 14, 2008, bank robbery. On March 7, 2008, officers with the Kendall County Sheriff's Office located SUTTER at his home, and SUTTER agreed to accompany the officers to their office to be interviewed about the February 14, 2008, bank robbery. The officers advised SUTTER that he was free to leave at any point during the interview. In response to questions, SUTTER informed the officers that he was unemployed during the time of the bank robbery. SUTTER also stated that at 2:30p.m. on the day of the robbery, he had driven by the Bank as he was taking his girlfriend to work. In a separate interview of SUTTER's girlfriend at the Kendall County's Sheriff's police department, she told law enforcement officers that SUTTER took her to work at 3:40p.m. the day of the bank robbery. SUTTER also told the officers that after the bank robbery occurred he cut and bleached his hair and shaved off his facial hair because he was starting a new job. Later on March 7, 2008, this affiant read SUTTER his *Miranda* rights, and

SUTTER executed a written waiver of those rights. Upon questioning by the affiant, SUTTER gave answers that echoed his earlier statements to Kendall County law enforcement.

8. On March 7, 2008, the bank employees were shown a photo spread, which included a photo of SUTTER taken by the Kendall County Sheriff's Office. Employees B and C identified SUTTER as the individual who robbed the Bank on February 14, 2008.

9. That same day, the bank employees separately viewed a physical lineup, which included SUTTER and five white male inmates of the Kendall County jail facility who were of similar age, height, and build to SUTTER. SUTTER was also asked to change into the same prison-issued clothing that the inmates wore. Each person in the lineup was asked to repeat statements made by the suspect during the bank robbery. Upon viewing the lineup and hearing the statements repeated by SUTTER, Employees B and C chose SUTTER as the person who robbed the Bank on February 14, 2008.

10. Based on the foregoing, I believe there exists probable cause to believe that JONATHAN L. SUTTER, by force and violence, and by intimidation, did take money belonging to and in the care, custody, control, management, and possession of the Citizens First National Bank, located at 8225 Fox River Drive, Millbrook, Illinois, a federally insured institution, in violation of Title 18, United States Code, Sections 2113(a).

FURTHER AFFIANT SAYETH NOT.

R. BRIAN WENTZ
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this /STET (GSB) day of March 2008.

GERALDINE SOAT BROWN
UNITED STATES MAGISTRATE JUDGE

4