## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 203 | **DATE** | 3/08/2008 |
| **CASE TITLE** | USA vs. Jonathan L. Sutter | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jonathan L. Sutter appears in response to arrest on 03/08/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Enter Order appointing Alison Siegler of the Federal Defender Program as counsel for defendant. Government moves for pretrial detention. Detention hearing set for 03/12/08 at 10:00 a.m. Preliminary examination hearing set for 3/12/08 at 10:00 a.m. Defendant shall remain in custody pending trial or until further order of the Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | NTF |
|---|---|---|