U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
UNITED STATES OF AMERICA  
vs.  
Jonathan Sutter

Case Number: 08 CR 203  
08 CR 203

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jonathan Sutter

FILED  
3-8-08  
MAR 08 2008  
MAGISTRATE JUDGE  
GERALDINE SOAT BROWN  
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Alison Siegler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alison Siegler | |
| FIRM <br> Federal Defender Program | |
| STREET ADDRESS <br> 55 E. Monroe St., Suite 2800 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (312) 621-8300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓