# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
(Rev. 5/98)

*FILED*

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF ⌐ US _____ VS. _Sutter_ ⌐

FOR
AT

*FILED*
*MAR 08 2008*
*MAGISTRATE JUDGE*
*GERALDINE SOAT BROWN*
*UNITED STATES DISTRICT COURT*

**LOCATION NUMBER** ▶

**DOCKET NUMBERS**
Magistrate

District Court
08 cr 203

Court of Appeals

PERSON REPRESENTED (Show your full name)
_Jonathan Sutter_

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box → ) ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: _Menard, Inc – Plano Distribution Center_

IF YES, how much do you earn per month? $ _1200/mo_ (no paycheck yet)

IF NO, give month and year of last employment _12/7_
How much did you earn per month? $ _1200_

If married is your Spouse employed? _N/A_ ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

RECEIVED (25,000)

SOURCES _possible money market college fund not yet received; diesn't know it he has access to it or will received_

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ _1.60_

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _9000_  DESCRIPTION _2002 Subaru Outback_

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _1_

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Credit | | |
|---|---|---|---|
| _Car insurance_ | | $ | $ _257.00_ |
| _phone_ | | $ _305_ | $ ~~305~~ _110_ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _3/8/08_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶