## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 203 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Jonathan Sutter | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Preliminary Examination Hearing held. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]      Docketing to mail notices.

01:30     00:20 detention     01:10 prelimn hrg

| | Courtroom Deputy Initials: | NTF |
|---|---|---|