## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 203 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Jonathan Sutter | | |

**DOCKET ENTRY TEXT**

Government's agreed motion to exclude time pursuant to Title 18 U.S.C. §3161 [9] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment or information against the defendant be extended to and including April 26, 2008.
X-T

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cr-00203 Document 10 Filed 03/27/2008 Page 1 of 1

08CR203 USA vs. Jonathan Sutter                                                                                     Page 1 of 1