UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 203 |
| | ) | |
| JONATHAN SUTTER | ) | Chief Judge James F. Holderman |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

Upon the government's motion under Title 18, United States Code, Section 3161(h)(8)(A), (B) for an extension of time to file an indictment or information in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment or information against the defendant be extended to and including April 26, 2008. The Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial, because the ongoing investigation makes it unreasonable to expect return and filing of the indictment or information within the period specified in 18 U.S.C. § 3161(b).

ENTERED:

_James F. Holderman_
James F. Holderman
United States District Judge

DATED: March 27, 2008