UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 203 |
| | ) | |
| JONATHAN SUTTER | ) | Hon. Geraldine Soat Brown |

**GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT**

The United States, by and through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves that this Honorable Court dismiss the complaint in the above-captioned case against the above-captioned defendant pursuant to Federal Rule of Criminal Procedure 48(a).

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:  s/ Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-4064

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT**

was served April 18, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

                                                By:  s/ Renai S. Rodney
                                                          RENAI S. RODNEY
                                                          Assistant United States Attorney
                                                          219 S. Dearborn St.- 5th Floor
                                                          Chicago, IL 60604
                                                          312-353-4064