UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 203 |
| | ) | |
| JONATHAN SUTTER | ) | Hon. Geraldine Soat Brown |

NOTICE OF FILING

PLEASE TAKE NOTICE that on April 18, 2008, the undersigned caused to be filed with the Clerk of this Court GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT, service of the notice is being made upon you.

       PATRICK J. FITZGERALD
       United States Attorney

By: s/ Renai S. Rodney
    Renai S. Rodney
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4064

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

    GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT

was served April 18, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Renai S. Rodney
    RENAI S. RODNEY
    Assistant United States Attorney
    219 S. Dearborn St.- 5th Floor
    Chicago, IL 60604
    312-353-4064