## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 203 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Jonathan Sutter | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss the complaint with prejudice [12] is granted. Terminate case. Enter Order.

*/s/ Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|