

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 203 |
| | ) | |
| JONATHAN SUTTER | ) | Hon. Geraldine Soat Brown |

### ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to dismiss the complaint filed in the above-captioned case against the above-captioned defendant,

IT IS HEREBY ORDERED that complaint filed in this case on March 8, 2008, is dismissed with prejudice.

_____

Geraldine Soat Brown
United States Magistrate Judge

DATE: April 22, 2008

